USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                               :

EVELINA CALCANO,
                                               :

        Plaintiff,

                                             :        <u>ORDER</u>

    -v.-

                                             :        19 Civ. 11385 (LTS) (GWG)

JONATHAN ADLER ENTERPRISES, LLC,  :

        Defendant.                          :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The parties shall file the "Proposed Scheduling Order" required by Docket # 10 on or before 12:00 noon on Friday, March 13, 2020. The conference scheduled for Monday, March 16, 2020, at 2:15 p.m. is changed to a <u>telephone</u> conference. At that time, counsel for plaintiff is directed to place a call to the Court at (212) 805-4260 with all parties on the line.[1] Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the order.

      SO ORDERED.

Dated: March 11, 2020
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.