UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
EVELINA CALCANO,
:
        Plaintiff,
:    ORDER
    -v.-
:    19 Civ. 11385 (LTS) (GWG)

JONATHAN ADLER ENTERPRISES, LLC,  :

        Defendant.  :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    On July 14, 2020, the Court stayed this matter pending a decision by the Second Circuit, and directed the parties to report to the Court within 14 days of the issuance of the Second Circuit's decision.  See Order, dated July 14, 2020 (Docket # 16).  On June 2, 2022, the Second Circuit issued a decision in Calcano v. Swarovski N. Am. Ltd., 2022 WL 1788305 (2d Cir. June 2, 2022).  The parties are directed to file a joint letter to the Court proposing next steps in this matter by June 24, 2022.

    SO ORDERED.

Dated: June 21, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge