UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVELINA CALCANO                                   :

                                                               :   <u>ORDER</u>

              Plaintiffs,

                                                                  :   19 Civ. 11385 (LTS) (GWG)

  -v.-
                                                                 :

JONATHAN ADLER ENTERPRISES, LLC   :

                                                                 :

              Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Any motion to dismiss is returnable before Judge Swain, shall comply with her Individual Practices, and shall be filed by July 15, 2022. The Court notes that while Judge Swain's Individual Practices do not require pre-motion conferences, parties must make certain certifications as reflected in those practices. Also, as reflected in those Individual Practices (paragraph 2.b.ii), the filing of any motion under Fed. R. Civ. P. 12(b)(6) permits the non-moving party to file a letter to Judge Swain on the ECF system seeking to amend.

     SO ORDERED.

Dated:  June 27, 2022
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge