**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVELINA CALCANO, on behalf of herself
and all other persons similarly situated,

                    Plaintiff,

    -against-                              19 **CIVIL** 11385 (LTS)(GWG)

                                                       **<u>JUDGMENT</u>**

JONATHAN ADLER ENTERPRISES, LLC,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated December 28, 2022, Defendant's motion for judgment on the pleadings is granted in its entirety. Judgment is entered dismissing the case for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

       December 28, 2022

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                          **BY:**          *K. Mango*

                                                                   **Deputy Clerk**